[No. 34267-7-II.  Division Two.  November 14, 2006.]

ALEX M.M. RALSTON ET AL., *Appellants*, v. THE PORT OF PORT ANGELES ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clallam County, No. 05-2-00644-0, Craddock D. Verser, J., entered January 4, 2006. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater and Hunt, JJ.

[No. 34643-5-II.  Division Two.  November 14, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. JACI MARIE IRELAND, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 05-1-01383-1, Stephen M. Warning, J., entered April 3, 2006. *Reversed* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Hunt, J.

[No. 24075-4-III.  Division Three.  November 14, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES WILLIAM MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 04-1-00858-5, Robert G. Swisher, J., entered April 22, 2005. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Sweeney, C.J., and Schultheis, J.